IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

DEMARIAN TYRELL FORD                                                                                    PLAINTIFF

v.                                          Case No. 6:23-cv-06119

SHERIFF MIKE MCCORMICK,
Garland County, Arkansas; JESSIE
HUNDHAUSEN, Food Administrator,
Garland County Detention Center
(GCDC); JAIL ADMINISTRATOR
JOEL WARE, GCDC; DEPUTY
KING #331, GCDC                                                                                        DEFENDANTS

## ORDER

Before the Court is a Report and Recommendation filed November 7, 2024, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 40). Judge Bryant recommends that Plaintiff's Amended Complaint (ECF No. 10) be dismissed without prejudice for failure to comply with the Court's Local Rules and Orders and for failure to prosecute this case.

Plaintiff has not responded to the Report and Recommendation, and the time to do so has passed. *See* 28 U.S.C. § 636(b)(1). Upon review, finding no clear error on the face of the record and that Judge Bryant's reasoning is sound, the Court adopts the Report and Recommendation (ECF No. 40) *in toto*. Accordingly, Plaintiff's Amended Complaint (ECF No. 10) is hereby **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 24th day of January, 2025.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge